## CHRISTIAN H. DRIBUSCH
### TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207·

(518) 436-1662

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

NOVEMBER 15, 2010

Re:   In re RODRIGUEZ, VICKI A.
      Case No. 09-13275-REL-7
      Debtor(s) Social Security Number(s)- Last 4 digits
      Debtor SSN:  xxx-xx-5817

Dear PRA Receivables Management, LLC,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---|---|---|---|
| 11 | 3,027.16 | 3,027.16 | Total Payment - This Distribution: 3,043.02 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
PO Box 12914
NORFOLK VA 23541



11/15/2010 9:03:19 AM